IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3051 |
| | ) | |
| V. | ) | |
| | ) | |
| MICHAEL LEE CERVANTES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

　　　IT IS ORDERED that the government's motion to dismiss the Indictment without prejudice (filing 14) is granted.

July 18, 2006.　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　s/ *Richard G. Kopf*
　　　　　　　　　　　　　　　　　United States District Judge